**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7750**

JUSTIN M. RUSS,

              Plaintiff - Appellant,

        v.

PETER TIERNAN, Fredericksburg Police Officer,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:19-cv-01073-LMB-TCB)

Submitted:  March 10, 2020                         Decided:  March 13, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Justin M. Russ, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin M. Russ appeals the district court's order dismissing his 42 U.S.C. § 1983 (2018) complaint for failure to comply with the court's previous order directing him to sign and return a consent form required for his in forma pauperis application. *See* Fed. R. Civ. P. 41(b). The district court dismissed Russ' complaint without prejudice, thus permitting Russ to refile his complaint.[*] We review a district court's dismissal under Rule 41(b) for abuse of discretion. *Simpson v. Welch*, 900 F.2d 33, 35-36 (4th Cir. 1990). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. *Russ v. Tiernan*, No. 1:19-cv-01073-LMB-TCB (E.D. Va. filed Nov. 15, 2019 & entered Nov. 18, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because the district court dismissed Russ' action "for procedural reasons unrelated to the contents of the pleadings," we have jurisdiction over this appeal. *Goode v. Cent. Va. Legal Aid Soc'y, In*c., 807 F.3d 619, 624 (4th Cir. 2015).